USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                  :

JACQUELINE CHATMAN,                 :

                                  :

                      Plaintiff,  :                  1:25-cv-643-GHW

                                  :

            -against-           :                ORDER

                                  :

MARIO JULIEN, *et al.*,           :

                                 ::

                  Defendants.  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Plaintiff commenced this action *pro se* on January 22, 2025, alleging among other things that Defendants subjected her to "harassment and discrimination," created a "hostile environment," "defamed [her] character," and violated her "FMLA [rights]."  Compl. at 1, 5.

      Because Plaintiff and Defendants Mario Julien, Suan Johnson, and Margrett Thompson all reside in Queens, New York, and because it appears the underlying actions at issue in this case occurred in the same location, not this District, the Court issued an order to show cause as to why this case should not be transferred to the Eastern District of New York on January 30, 2025.  Dkt. No. 4.  In that order, the Court noted that the complaint "does not expressly allege that venue is proper in this district."  *Id.* at 1.  The Court also noted that "the Court is inclined to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a)."  *Id.*  Finally, the order gave Plaintiff until no later than February 14, 2025 to show cause as to why the case should not be transferred to the Eastern District of New York (or to consent to transfer).  *Id.* at 2; *see* 28 U.S.C. § 1406(a).

      Plaintiff has not responded to the order to show cause.  Because venue does not lie in this district, and the interest of justice weighs in favor of transferring the case to the district that

encompasses the court identified as the proper venue, this case is hereby transferred under 28 U.S.C. § 1406(a) to the Eastern District of New York.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 15, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2