# *Law Offices of Joshua Parkhurst*

11 Broadway, Suite 615
New York, NY 10004
(201) 577-2644

Of Counsel To:  Giles Law Firm LLC
85 Broad Street, 17th Floor
New York, NY 10004

April 27, 2026

**By EFC**

The Honorable Vera M. Scanlon
United States Magistrate Chief Judge
U. S. District Court for the Eastern District of New York

RE:    *Jacqueline Chatman v. Mario Julien et al.,* **No.: 1:26-cv-00416-VMS**

Dear Judge Scanlon:

We are local counsel to plaintiff Jacqueline Chatman in the above-referenced action. We write respectfully on behalf of the Plaintiff to request permission to reschedule the following upcoming deadlines in this case: (1) extend the April 27, 2026 deadline to file the Joint Proposed Case Management Plan to June 26, 2026, (2) reschedule the May 6, 2026 Initial Conferee to July 6, 2026 or a time mutually convenient, (3) move to permit substitute service for defendants Mario Julien, Sean Johnson, and Margreata Thompson via US mail, and (4) request a two-week extension of the April 27, 2026 service deadline to serve the summons on the Defendants.

Plaintiff's local counsel noticed appearance in this case today, April 27, 2026. Plaintiff filed her *pro se* complaint (case no. 1:25-cv-643-GHW) in the U.S. District Court for the Southern District of New York on January 22, 2025. The Southern District of New York transferred this case (1:26-cv-00416-VMS) to the U.S. District Court for the Eastern District of New York on January 15, 2026. Plaintiff received the summons on January 27, 2026. The Plaintiff recently engaged The Employment Law Group, PC. The undersigned counsel will be sponsoring *pro hac vice* motions for Ms. Anita Mazumdar Chambers and Mr. Robert Scott Oswold who will serve as primary counsel on this case.

Plaintiff's counsel is filing and serving an amended complaint shortly. Mindful of the April 27, 2026, deadline and because the Defendants in this case have not yet been served with the summons and complaint, Plaintiff moves to extend April 27, 2026, deadline to file the Joint Proposed Case Management Plan to June 26, 2026, in order to confer with defense counsel prior to submission. Similarly, Plaintiff moves to reschedule the May 6, 2026, Initial Conferee to July 6, 2026, or a time mutually convenient, so that the defense counsel may be present.

Hon. Vera M. Scanlon
April 27, 2026
Page 2


Plaintiff made multiple attempts to serve the summons on Defendants Julien, Johnson, and Thompson. The first attempt was on April 23, 2026. The plaintiff attempted to effectuate in person service at the City of New York, Department of Corrections Legal Department at Bulova Corporate Center at 75-20 Astoria Blvd South, Suite 325, East Elmhurst, NY 11370. All three defendants are employed by the City of New York Department of Corrections. Plaintiff's counsel was told that the Corrections Legal Department could accept service on behalf of the Defendants. The process sever was advised by the officer at the front desk that none of the named recipients worked at the above location and therefore the City of New York was unable to accept service on their behalf at this location. The process server was advised to serve process at the Queens County Criminal Court located at 125-01 Queens Boulevard, Kew Gardens, New York 11415.

The second attempt to effectuate in person service was made on April 24, 20206, at Queens County Criminal Court located at 125-01 Queens Boulevard, Kew Gardens, New York 11415. The process server was advised by the front desk officer that service upon Julien, Johnson, and Thompson could not be effectuated at this location. Process server was further advised that individuals must be served at their residences.

The third attempt to effect in person service was made on April 25, 2026, at each of the three Defendant's known residences. Attached is Exhibit 1 outlining the three process service attempts.

Due to counsel recently noticing appearance in this case, Plaintiff's prior *pro se* status, and the multiple attempts to effectuate in person service Plaintiff requests that substitute service be permitted to serve Julien, Johnson, and Thompson via US mail. Plaintiff also requests a two-week extension to the April 27, 2026, service deadline to effectuate service of the summons and complaint.

I thank the Court for its consideration of these requests.

Respectfully submitted,

*Joshua Parkhurst*

Joshua Parkhurst