Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF DUE DILIGENCE**

Index No : **1:26-cv-00416-VMS**

| | |
|---|---|
| Plaintiff(s): | **JACQUELINE CHATMAN** |
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/23/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **MARIO JULIEN, ASSISTANT DUTY WARDEN** at **C/O CITY OF NEW YORK DEPARTMENT OF CORRECTIONS LEGAL DEPARTMENT, 75-20 ASTORIA BOULEVARD SOUTH, SUITE 325, EAST ELMHURST, NY 11370** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/23/2026-12:11 PM | I SPOKE WITH THE FRONT DESK OFFICER, WHO ADVISED THAT NONE OF THE NAMED RECIPIENTS ARE EMPLOYED AT THIS LOCATION AND THAT SHE IS UNABLE TO ACCEPT SERVICE ON THEIR BEHALF. SHE FURTHER INDICATED THAT ALL RECIPIENTS ARE EMPLOYED AT THE QUEENS COUNTY CRIMINAL COURT, LOCATED AT 125-01 QUEENS BOULEVARD, KEW GARDENS, NEW YORK 11415, AND THAT THE DOCUMENTS SHOULD BE SERVED AT THAT LOCATION. |

I affirm this 23rd day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____

Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908769**
*Notary Not Required Pursuant To N.Y. CPLR 2106*




*1908769*

Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF DUE DILIGENCE**

Index No : **1:26-cv-00416-VMS**

| Plaintiff(s): | **JACQUELINE CHATMAN** |
|---|---|
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/23/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **SUAN JOHNSON, CORRECTION OFFICER** at **C/O CITY OF NEW YORK DEPARTMENT OF CORRECTIONS LEGAL DEPARTMENT, 75-20 ASTORIA BOULEVARD SOUTH, SUITE 325, EAST ELMHURST, NY 11370** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/23/2026-12:11 PM | I SPOKE WITH THE FRONT DESK OFFICER, WHO ADVISED THAT NONE OF THE NAMED RECIPIENTS ARE EMPLOYED AT THIS LOCATION AND THAT SHE IS UNABLE TO ACCEPT SERVICE ON THEIR BEHALF. SHE FURTHER INDICATED THAT ALL RECIPIENTS ARE EMPLOYED AT THE QUEENS COUNTY CRIMINAL COURT, LOCATED AT 125-01 QUEENS BOULEVARD, KEW GARDENS, NEW YORK 11415, AND THAT THE DOCUMENTS SHOULD BE SERVED AT THAT LOCATION. |

I affirm this 23rd day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____

Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908770**
*Notary Not Required Pursuant To N.Y. CPLR 2106*




*1908770*

Dinolt Becnel & Wells Investigative Group

Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

## AFFIRMATION OF DUE DILIGENCE

Index No : **1:26-cv-00416-VMS**

| | |
|---|---|
| Plaintiff(s): | **JACQUELINE CHATMAN** |
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/23/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **MARGRETT THOMPSON, CAPTAIN** at **C/O CITY OF NEW YORK DEPARTMENT OF CORRECTIONS LEGAL DEPARTMENT, 75-20 ASTORIA BOULEVARD SOUTH, SUITE 325, EAST ELMHURST, NY 11370** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/23/2026-12:11 PM | I SPOKE WITH THE FRONT DESK OFFICER, WHO ADVISED THAT NONE OF THE NAMED RECIPIENTS ARE EMPLOYED AT THIS LOCATION AND THAT SHE IS UNABLE TO ACCEPT SERVICE ON THEIR BEHALF. SHE FURTHER INDICATED THAT ALL RECIPIENTS ARE EMPLOYED AT THE QUEENS COUNTY CRIMINAL COURT, LOCATED AT 125-01 QUEENS BOULEVARD, KEW GARDENS, NEW YORK 11415, AND THAT THE DOCUMENTS SHOULD BE SERVED AT THAT LOCATION. |

I affirm this 23rd day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _Musab Nassar_

Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908771**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908771*

Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF DUE DILIGENCE**

Index No : **1:26-cv-00416-VMS**

| | |
|---|---|
| Plaintiff(s): | **JACQUELINE CHATMAN** |
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/24/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **MARIO JULIEN, ASSISTANT DUTY WARDEN** at **125-01 QUEENS BOULEVARD, KEW GARDENS, NY 11415** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/24/2026-1:25 PM | I SPOKE WITH THE FRONT DESK OFFICER, WHO ADVISED THAT SERVICE UPON THE RECIPIENTS CANNOT BE EFFECTUATED AT THIS LOCATION AND THAT SERVICE MUST BE MADE AT THEIR RESIDENCES. THE OFFICER FURTHER SUGGESTED THAT I MAY ATTEMPT SERVICE UPON THE NEW YORK CITY LAW DEPARTMENT LOCATED AT 100 CHURCH STREET AS AN ALTERNATIVE. I FURTHER ADVISED THAT, UPON MY PRIOR ATTEMPT AT 75-20 ASTORIA BOULEVARD, I WAS DIRECTED TO 125-01 QUEENS BOULEVARD. HOWEVER, THE OFFICER AT 125-01 QUEENS BOULEVARD INFORMED ME THAT 75-20 ASTORIA BOULEVARD ACCEPTS SERVICE ONLY ON BEHALF OF THE NEW YORK CITY DEPARTMENT OF CORRECTIONS AND DOES NOT ACCEPT SERVICE ON BEHALF OF INDIVIDUALS. THE OFFICER REITERATED THAT INDIVIDUALS MUST BE SERVED AT THEIR RESIDENCES OR, POSSIBLY, THROUGH THE NEW YORK CITY LAW DEPARTMENT, ALTHOUGH THIS COULD NOT BE CONFIRMED. |

I affirm this 24th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x _Musab Nassar_
Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908780**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908780*

Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

<u>**AFFIRMATION OF DUE DILIGENCE**</u>

Index No : **1:26-cv-00416-VMS**

| Plaintiff(s): | **JACQUELINE CHATMAN** |
|---|---|
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/24/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **SUAN JOHNSON, CORRECTION OFFICER** at **125-01 QUEENS BOULEVARD, KEW GARDENS, NY 11415** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/24/2026-1:25 PM | I SPOKE WITH THE FRONT DESK OFFICER, WHO ADVISED THAT SERVICE UPON THE RECIPIENTS CANNOT BE EFFECTUATED AT THIS LOCATION AND THAT SERVICE MUST BE MADE AT THEIR RESIDENCES. THE OFFICER FURTHER SUGGESTED THAT I MAY ATTEMPT SERVICE UPON THE NEW YORK CITY LAW DEPARTMENT LOCATED AT 100 CHURCH STREET AS AN ALTERNATIVE. I FURTHER ADVISED THAT, UPON MY PRIOR ATTEMPT AT 75-20 ASTORIA BOULEVARD, I WAS DIRECTED TO 125-01 QUEENS BOULEVARD. HOWEVER, THE OFFICER AT 125-01 QUEENS BOULEVARD INFORMED ME THAT 75-20 ASTORIA BOULEVARD ACCEPTS SERVICE ONLY ON BEHALF OF THE NEW YORK CITY DEPARTMENT OF CORRECTIONS AND DOES NOT ACCEPT SERVICE ON BEHALF OF INDIVIDUALS. THE OFFICER REITERATED THAT INDIVIDUALS MUST BE SERVED AT THEIR RESIDENCES OR, POSSIBLY, THROUGH THE NEW YORK CITY LAW DEPARTMENT, ALTHOUGH THIS COULD NOT BE CONFIRMED. |

I affirm this 24th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____Musab Nassar_____

Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908781**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908781*

Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

<u>**AFFIRMATION OF DUE DILIGENCE**</u>

Index No : **1:26-cv-00416-VMS**

| | |
|---|---|
| Plaintiff(s): | **JACQUELINE CHATMAN** |
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/24/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **MARGRETT THOMPSON, CAPTAIN** at **125-01 QUEENS BOULEVARD, KEW GARDENS, NY 11415** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/24/2026-1:25 PM | I SPOKE WITH THE FRONT DESK OFFICER, WHO ADVISED THAT SERVICE UPON THE RECIPIENTS CANNOT BE EFFECTUATED AT THIS LOCATION AND THAT SERVICE MUST BE MADE AT THEIR RESIDENCES. THE OFFICER FURTHER SUGGESTED THAT I MAY ATTEMPT SERVICE UPON THE NEW YORK CITY LAW DEPARTMENT LOCATED AT 100 CHURCH STREET AS AN ALTERNATIVE. I FURTHER ADVISED THAT, UPON MY PRIOR ATTEMPT AT 75-20 ASTORIA BOULEVARD, I WAS DIRECTED TO 125-01 QUEENS BOULEVARD. HOWEVER, THE OFFICER AT 125-01 QUEENS BOULEVARD INFORMED ME THAT 75-20 ASTORIA BOULEVARD ACCEPTS SERVICE ONLY ON BEHALF OF THE NEW YORK CITY DEPARTMENT OF CORRECTIONS AND DOES NOT ACCEPT SERVICE ON BEHALF OF INDIVIDUALS. THE OFFICER REITERATED THAT INDIVIDUALS MUST BE SERVED AT THEIR RESIDENCES OR, POSSIBLY, THROUGH THE NEW YORK CITY LAW DEPARTMENT, ALTHOUGH THIS COULD NOT BE CONFIRMED. |

I affirm this 24th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _Musab Nassar_

Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908782**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908782*

Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF DUE DILIGENCE**

Index No : **1:26-cv-00416-VMS**

| Plaintiff(s): | **JACQUELINE CHATMAN** |
|---|---|
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Mahmoud Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/25/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **MARIO JULIEN, ASSISTANT DUTY WARDEN** at **19 STONE BOULEVARD, MASSAPEQUA, NY 11758** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/25/2026-3:12 PM | NO ANSWER AT THE DOOR |

I affirm this 27th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Mahmoud Nassar
License#: 2133591-DCWP
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908789**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908789*

Dinolt Becnel & Wells Investigative Group

Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

<u>**AFFIRMATION OF DUE DILIGENCE**</u>

Index No : **1:26-cv-00416-VMS**

| Plaintiff(s): | **JACQUELINE CHATMAN** |
|---|---|
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Mahmoud Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/25/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **SUAN JOHNSON, CORRECTION OFFICER** at **177-55 TROUTVILLE ROAD, SPRINGFIELD GARDENS, NY 11413** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/25/2026-10:22 AM | THE RECIPIENT IS UNKNOWN AT THE ADDRESS PER CURRENT RESIDENT. I SPOKE TO THE CURRENT RESIDENT, BLACK MALE HAIR HAT AGE 30-45 HEIGHT 5FT9-6FT WEIGHT 181-200 INDICATED THAT THERE IS NO ONE AT THE LOCATION BY THE NAME OF SUAN JOHNSON. |

I affirm this 25th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X

Mahmoud Nassar
License#: 2133591-DCWP
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908790**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908790*

Dinolt Becnel & Wells Investigative Group
Non-Service

**UNITED STATES DISTRICT COURT**
**State of New York**
**EASTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF DUE DILIGENCE**

Index No : **1:26-cv-00416-VMS**

| | |
|---|---|
| Plaintiff(s): | **JACQUELINE CHATMAN** |
| Defendant(s): | **MARIO JULIEN, ET AL.** |

**Mahmoud Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **04/25/2026**, I discontinued attempting service of the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, AND COMPLAINT** on **MARGRETT THOMPSON, CAPTAIN** at **13116 224TH ST, LAURELTON, NY 11413** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 04/25/2026-1:26 PM | NO ANSWER AT THE DOOR. |

I affirm this 27th day of April, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Mahmoud Nassar
License#: 2133591-DCWP
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1908791**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1908791*