**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

In re :

JACQUELINE CHATMAN,

          *Plaintiff,*

    v.

THE CITY OF NEW YORK,

*and*

MARIO JULIEN,

          *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: 1:26-cv-00416-VMS

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 22, 2026, a copy of the June 15, 2026 Scheduling Order was sent by UPS overnight mail to Defendants of record. The UPS tracking numbers are 1Z2F84892431917054 and 1Z2F84892412208712, with expected delivery to be June 23, 2026. Additionally, on June 22, 2026, Plaintiff's counsel, Anita Chambers, called the City of New York's legal department and left a voicemail to alert them of the forthcoming mailing and order from this Court.

Respectfully submitted,

   */s/ Joshua Parkhurst*
Joshua Parkhurst
Law Offices of Joshua Parkhurst
11 Broadway, Suite 615
New York, NY 10004
jparkhurst@parkhurstlawfirm.com
T: (201) 577-2644
F: (212) 480-8560

*Pro hac vice* motion forthcoming:
R. Scott Oswald, Esq.
Anita Mazumdar Chambers, Esq.
The Employment Law Group, P.C.
1717 K St. NW, Ste. 1110
Washington, D.C. 20006
(202) 261–2806
(202) 261–2835 (facsimile)
soswald@employmentlawgroup.com
achambers@employmentlawgroup.com

*Counsel for Plaintiff*