**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Civil Division**

|  |  |
|---|---|
| **JACQUELINE CHATMAN,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | **Civil Action No.: 1:26-cv-00416-VMS** |
| ) | |
| **THE CITY OF NEW YORK,** ) | |
| **75-20 Astoria Blvd.** ) | |
| **East Elmhurst, N.Y. 11370,** ) | |
| ) | |
| **Serve Registered Agent:** ) | |
| ) | |
| **Corporation Counsel of the** ) | |
| **City of New York,** ) | |
| **100 Church Street** ) | |
| **New York, N.Y. 10007** ) | |
| ) | |
| *and* ) | |
| ) | |
| **MARIO JULIEN,** ) | |
| **19 Stone Blvd.** ) | |
| **Massapequa, N.Y. 11758,** ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the affidavit of Anita Mazumdar Chambers, Esq., and the exhibits attached thereto the undersigned counsel will move this Court located at 225 Cadman Plaza East, Courtroom 1214 South, New York, New York at 9:00 a.m. on July 8, 2026, or as soon thereafter as counsel may be heard, for an order pursuant to Local Rule 1.3 of this Court granting admission pro hac vice of Anita Mazumdar Chambers, Esq., to appear as counsel for Jacqueline Chatman in the above-captioned action.

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, opposing papers, if any, are

required to be served at least seven days prior to the return date of the motion.

Dated: June 24, 2026
      New York, NY

                    Respectfully submitted,

                    *Joshua Parkhurst*

                    Joshua Parkhurst
                    Law Offices of Joshua Parkhurst
                    11 Broadway, Suite 615
                    New York, NY 10004
                    jparkhurst@parkhurstlawfirm.com
                    T: (201) 577-2644
                    F: (212) 480-8560

                    Local Counsel for Plaintiff