**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Civil Division**

|  |  |
|---|---|
| | ) |
| **JACQUELINE CHATMAN,** | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) **Civil Action No.: 1:26-cv-00416-VMS** |
| | ) |
| **THE CITY OF NEW YORK,** | ) |
| | ) |
| *and* | ) |
| | ) |
| **MARIO JULIEN,** | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Anita Mazumdar Chambers, certify that on June 23, 2026, that:

1.  My office address is:

    1717 K Street NW, STE 1110

    Washington, D.C. 20006

2.  I have been admitted to the following state bars:

    a.  Washington, D.C. (Bar No. 1046845; admission date: May 5, 2017);

    b.  Virginia State Court (Bar No. 89067; admission date October 30, 2015);

3.  I have been admitted to the following Federal jurisdictions:

    a.  U.S. Court of Appeals for the Fourth Circuit (admission date: July 12, 2023);

    b.  U.S. Court of Appeals for the Ninth Circuit (admission date: December 7, 2021);

    c.  U.S. Court of Appeals for the Federal Circuit (admission date: May 13, 2024);

1

    d.  U.S. District Court for the District of Columbia (admission date: February 4, 2019);

    e.  U.S. District Court for the Eastern District of Virginia (admission date: March 15, 2019);

    f.  U.S. Court of Federal Claims (admission date: February 17, 2022)

4.  I have been in practice since 2015.

5.  I have never been held in contempt of court.

6.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.  I have read and am familiar with:

    a.  The Judicial Code (Title 28, U.S.C.);

    b.  The Federal Rules of Civil Procedure;

    c.  The Federal Rules of Criminal Procedures;

    d.  The Federal Rules of Evidence;

    e.  The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and

    f.  The New York State Rules of Professional Conduct.

8.  I have attached herewith my certificates of good standing for the above state bars and jurisdictions.

Date: June 23, 2026

Respectfully Submitted,

/s/ Anita Mazumdar Chambers
Joshua Parkhurst
Law Offices of Joshua Parkhurst
11 Broadway, Suite 615
New York, NY 10004
(201) 577-2644 (phone)

2

(212) 480-8560 (fax)
jparkhurst@parkhurstlawfirm.com

Anita Mazumdar Chambers
R. Scott Oswald
The Employment Law Group, P.C.
1717 K Street NW, STE 1110
Washington, D.C. 20006
Tel. (202) 261-2818
Fax (202) 261-2835
soswald@employmentlawgroup.com
achambers@employmentlawgroup.com
*Counsel for Plaintiff*