# EXHIBIT A



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Anita Mazumdar Chambers*

*was duly qualified and admitted on May 5, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 22, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

Case 1:26-cv-00416-VMS Document 22-1 Filed 06/24/26 Page 3 of 3 PageID #: 73

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ANITA MAZUMDAR CHAMBERS** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **ANITA MAZUMDAR CHAMBERS** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 30, 2015**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 10, 2026

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**