# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Civil Division**

| | |
|---|---|
| **JACQUELINE CHATMAN,** | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No.: 1:26-cv-00416-VMS |
| | ) |
| **THE CITY OF NEW YORK,** | ) |
| | ) |
| *and* | ) |
| | ) |
| **MARIO JULIEN,** | ) |
| | ) **[PROPOSED] ORDER FOR** |
| *Defendants.* | ) **ADMISSION PRO HAC VICE** |
| | ) |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Anita Mazumdar Chambers, for admission to practice Pro Hac Vice in the

above captioned action is granted.

Applicant has declared that she is a member of good standing of the of the bars of the

states of: The District of Columbia, admitted May 5, 2017, and Virginia, admitted December 2,

2015. Her contact information is as follows:

Anita Mazumdar Chambers
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, D.C. 20006
(202) 261- 2821 (telephone)
(202) 261-2835 (facsimile)
achambers@employmentlawgroup.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Jacqueline Chatman in the above entitled action;

**IT IS HERBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

SO ORDERED, this the _____ day of _____ 2026.

_____

Vera M. Scanlon

Chief United States Magistrate Judge