**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Civil Division**

|  |  |
|---|---|
| **JACQUELINE CHATMAN,** | ) |
|  | ) |
| *Plaintiff,* | ) |
| v. | ) **Civil Action No.: 1:26-cv-00416-VMS** |
|  | ) |
| **THE CITY OF NEW YORK,** | ) |
|  | ) |
| *and* | ) |
|  | ) |
| **MARIO JULIEN,** | ) |
| *Defendants.* | ) |
|  | ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, R. Scott Oswald, certify that on June 23, 2026, that:

1. My office address is:

   1717 K Street NW, STE 1110

   Washington, D.C. 20006

2. I have been admitted to the following state bars:

   a. Washington, D.C. (Bar No. 458859; admission date: July 10, 1998);

   b. Maryland State Court (Bar No. 9812169296; admission date December 16, 1998);

   c. Virginia State Court (Bar No. 41770; admission date October 27, 1997);

   d. Florida State Court (Bar No. 158437; admission date November 20, 1998)

3. I have been admitted to the following Federal jurisdictions:

   a. U.S. Supreme Court (admission date: April 20, 2009);

   b. U.S. Court of Appeals for the Third Circuit (admission date: April 30, 2009);

   c. U.S. Court of Appeals for the Fourth Circuit (admission date: October 27, 1997);

1

d.  U.S. Court of Appeals for the Fifth Circuit (admission date: 2000);

e.  U.S. Court of Appeals for the Eighth Circuit (admission date: April 9, 2018);

f.  U.S. Court of Appeals for the Ninth Circuit (admission date: June 24, 2003);

g.  U.S. Court of Appeals for the Tenth Circuit (admission date: 2018);

h.  U.S. Court of Appeals for the Eleventh Circuit (admission date: 2004);

i.  U.S. Court of Appeals for the Federal Circuit (admission date: 2006);

j.  U.S. District Court for the District of Columbia (admission date: 1998);

k.  U.S. District Court for the Northern District of Florida (admission date 1999);

l.  U.S. District Court for the Southern District of Florida (admission date 1999);

m.  U.S. District Court for the Middle District of Florida (admission date: 2012);

n.  U.S. District Court for the Northern District of Illinois (admission date: 2009);

o.  U.S. District Court for the Southern District of Illinois (admission date: May 5, 2017);

p.  U.S. District Court for the Northern District of Indiana (admission date: March 9, 2011);

q.  U.S. District Court of Maryland (admission date: December 16, 1998);

r.  U.S. District Court for the Western District of Tennessee (admission date: 2008);

s.  U.S. District Court for the Eastern District of Virginia (admission date: 1997);

t.  U.S. District Court for the Western District of Virginia (admission date: February 22, 2006);

u.  U.S. District Court for the Northern District of Texas (admission date: July 2013);

v.  U.S. District Court for the Eastern District of Michigan (admission date: 2014);

w.  U.S. District Court for the District of Colorado (admission date: 2014)

4. I have been in practice since 1997.

5. I have never been held in contempt of court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I have read and am familiar with:

   a. The Judicial Code (Title 28, U.S.C.);

   b. The Federal Rules of Civil Procedure;

   c. The Federal Rules of Criminal Procedures;

   d. The Federal Rules of Evidence;

   e. The Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and

   f. The New York State Rules of Professional Conduct.

8. I have attached herewith my certificates of good standing for the above state bars and jurisdictions.


Date: June 23, 2026                         Respectfully Submitted,



/s/      _R. Scott Oswald_
Joshua Parkhurst
Law Offices of Joshua Parkhurst
11 Broadway, Suite 615
New York, NY 10004
(201) 577-2644 (phone)
(212) 480-8560 (fax)
jparkhurst@parkhurstlawfirm.com

R. Scott Oswald
Anita Mazumdar Chambers
The Employment Law Group, P.C.

1717 K Street NW, STE 1110
Washington, D.C. 20006
Tel. (202) 261-2818
Fax (202) 261-2835
soswald@employmentlawgroup.com
achambers@employmentlawgroup.com
*Counsel for Plaintiff*