UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JACQUELINE CHATMAN,

                                        Plaintiff,

        - against –

THE CITY OF NEW YORK, and
MARIO JULIEN,

                                 Defendants.

-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

1:26-cv-00416-VMS

      **PLEASE    TAKE    NOTICE** that **ERIC ZENZEROVICH** is an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent Defendant, The City of New York ("City"), in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated: New York, New York
        June 26, 2026

                                 **STEVEN BANKS**
                                 Corporation Counsel of the City of New York
                                 Attorney for City
                                 100 Church Street,
                                 New York, New York 10007
                                 (212) 356-2087

                                 _/s/_____
                                 Eric Zenzerovich
                                 Assistant Corporation Counsel

cc:    All Parties (by ECF)