

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**STEVEN BANKS**
*Corporation Counsel*

**ERIC ZENZEROVICH**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2087
Email: ezenzero@law.nyc.gov

June 26, 2026

**By ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Jacqueline Chatman v. The City of New York and Mario Julien,</u>
1:26-cv-00416-VMS

Dear Magistrate Judge Scanlon,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent Defendant, City of New York ("City"), in the above-referenced action. I write to respectfully request an extension of time, from June 30, 2026, to August 29, 2026, for the City to respond to the Complaint. The requested extension is necessary because the undersigned needs additional time to investigate the facts underlying Plaintiff's allegations, determine if individual Defendant Mario Julien was served and determine whether he is eligible for representation if so,[1] and formulate an appropriate response to the Complaint. The extension is also needed because the undersigned will be away from June 27, 2026 through July 6, 2026 due to a pre-planned vacation.

This is Defendant's first request for an extension of time to respond to the Complaint. I have contacted Plaintiff's counsel regarding this request, and Plaintiff consents to the requested extension.

---

[1] The City likewise requests the extension be extended to individual Defendant Julien to provide the undersigned time to determine if he is eligible for representation, if he has been served, and submit a single response on behalf of him and the City if he is eligible.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Eric Zenzerovich

Eric Zenzerovich
Assistant Corporation Counsel

cc: All Parties (by ECF)